IN RE: STOCKSTILL, JAMES M.    CASE NO. 05-14789

| | | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|---|
| Claim 000006, Payment 0.07576% | | 32-1/1110 TX | 118 |
| Chase Bank USA, N.A. | Claude C. Lightfoot, Jr. | 0 | |
| c/o Weinstein & Riley, P.S. | Chapter 7 Trustee | DATE | AMOUNT |
| 2101 4th Avenue, Suite 900 | 650 Poydras Street, Suite 1010 | | |
| Seattle, WA, 98121 | New Orleans, LA 70130 | 06/28/10 | ************0.23 |

account no. 711  1836026

PAY TO THE ORDER OF

United States Bankruptcy Court
LA

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 05-14789 | "A" | Debtor: STOCKSTILL, JAMES M. |
| | | Joint Debtor: STOCKSTILL, PHYLLIS M. |

Zero Dollars And 23/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000118⑈ ⑆11100012⑆ 4436991802⑈

6/30/10

DEPOSITED TO UNCLAIMED
UNDER $25.00, 106000.

DUE: CHASE BANK, N.A.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227320   - JN
* * C O P Y * *
June 30, 2010
15:17:01

UNC.UNDER$25
05-14789

Debtor.: JAMES M. STOCKSTILL
Trustee: Claude Lightfoot, Jr.
Amount.:                $0.23 CH
Check#.: 118

Total-> $0.23

FROM: LIGHTFOOT

Date: 06/28/10                                                                                                                                            Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 05-14789 - STOCKSTILL, JAMES M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026<br>(4-1) 6011300370161901 | 000004 | 5,729.51 | 4.36 |
| Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121<br>account no. 7111 | 000006 | 303.59 | 0.23 |
| ---------- Remittance Total --------------- | | 6,033.10 | 4.59 |

Claude C. Lightfoot, Jr., Trustee

COURT1                                                                                                               Printed: 06/28/10 12:24 PM    Ver: 15.09