IN RE: STOCKSTILL, JAMES M.   CASE NO. 05-14789

Claim 000004, Payment 0.07610%
Discover Financial Services
PO Box 8003
Hilliard, OH 43026

(4-1) 6011300370161901

**1836024**

PAY TO THE ORDER OF

United States Bankruptcy Court
LA

Claude C. Lightfoot, Jr.
Chapter 7 Trustee
650 Poydras Street, Suite 1010
New Orleans, LA 70130

**BANK OF AMERICA, N.A.**   CHECK NUMBER

32-1/1110 TX
0

**116**

DATE: 06/28/10   AMOUNT: ************4.36

CASE NUMBER: 05-14789  "A"   ESTATE OF
Debtor: STOCKSTILL, JAMES M.
Joint Debtor: STOCKSTILL, PHYLLIS M.

*Four Dollars And 36/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆000116⑆ ⑈111000012⑈ 443699180 2⑈

6/30/10

DEPOSITED TO UNCLAIMED
UNDER $25.00, 106000.
DUE: DISCOVER FINANCIAL SERVICES

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227319   - JN
* * C O P Y * *
June 30, 2010
   15:15:37

UNC.UNDER$25
05-14789
Debtor.: JAMES M. STOCKSTILL
Trustee: Claude Lightfoot, Jr.
Amount.:            $4.36 CH
Check#.: 116

Total-> $4.36

FROM: LIGHTFOOT

Date: 06/28/10

## DIVIDENDS REMITTED TO THE COURT

Case Number 05-14789 - STOCKSTILL, JAMES M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026<br>(4-1) 6011300370161901 | 000004 | 5,729.51 | 4.36 |
| Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121<br>account no. 7111 | 000006 | 303.59 | 0.23 |
| ---------- Remittance Total --------------- | | 6,033.10 | 4.59 |

_____
Claude C. Lightfoot, Jr., Trustee

COURT1  Printed: 06/28/10 12:24 PM  Ver: 15.09